JS/O-0

FILED
CLERK, U.S. DISTRICT COURT
OCT 29 2012
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

1
2
3
4
5
6
7
8        UNITED STATES DISTRICT COURT
9        CENTRAL DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )   Case No.:
                                   )
12          Plaintiff,             )   ORDER OF DETENTION PENDING
                                   )   FURTHER REVOCATION
13      v.                         )   PROCEEDINGS
                                   )   (FED. R. CRIM. P. 32.1(a)(6); 18
14  *Eduardo Martinez Canizal*     )   U.S.C. § 3143(a)(1))
                                   )
15          Defendant.             )
    _____
16      The defendant having been arrested in this District pursuant to a warrant
17  issued by the United States District Court for the __Eastern__ District of
18  __Washington__ for alleged violation(s) of the terms and conditions of probation
19  or supervised release; and
20      Having conducted a detention hearing pursuant to Federal Rule of Criminal
21  Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:
22  A.  (X)   The defendant has not met his/her burden of establishing by clear and
23            convincing evidence that he/she is not likely to flee if released under 18
24            U.S.C. § 3142(b) or (c).  This finding is based on the following:
25        (X)   information in the Pretrial Services Report and Recommendation
26        (X)   information in the violation petition and report(s)
27        (X)   the defendant's nonobjection to detention at this time
28        ( )   other: _____

                                        1

    and/ or

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X) information in the Pretrial Services Report and Recommendation
    (X) information in the violation petition and report(s)
    (X) the defendant's nonobjection to detention at this time
    ( ) other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: October 29, 2012

_____
SHERI PYM
United States Magistrate Judge